# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

BROADCAST MUSIC, INC.; SONY/ATV SONGS LLC d/b/a SONY/ATV TREE PUBLISHING; SONY/ATV SONGS LLC; HOUSE OF GAGA PUBLISHING LLC.; REDONE PRODUCTIONS LLC d/b/a SONGS OF REDONE,

v.

UNRULY BREWING COMPANY, LLC, d/b/a UNRULY BREWING CO, and JEFFERY JACOBSON

Case No. 1:24-cv-683
Hon.

TO: Unruly Brewing Company, LLC d/b/a Unruly Brewing Co
ADDRESS:
c/o Jeffery A. Jacobson, Resident Agent
360 W. Western Avenue
Muskegon, MI 49440

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within **21** days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS

HOWARD & HOWARD ATTORNEYS PLLC
Patrick M. McCarthy (P49100)
450 West Fourth Street
Royal Oak, MI 48067-2557

CLERK OF COURT

By: Deputy Clerk                July 01, 2024
                                Date

## PROOF OF SERVICE

This summons for **Unruly Brewing Company, LLC d/b/a Unruly Brewing Co** was received by me on _____.
(name of individual and title, if any)                                                                              (date)

☐ I personally served the summons on the individual at _____
                                                        (place where served)
on _____.
      (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                  (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                       (date)

☐ I served the summons on _____, who is designated by law to accept service
                             (name of individual)
of process on behalf of _____ on _____.
                         (name of organization)        (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date:_____                              _____
                                                  Server's signature

Additional information regarding attempted service, etc.:  _____
                                                           Server's printed name and title

                                                           _____
                                                           Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

BROADCAST MUSIC, INC.; SONY/ATV SONGS LLC d/b/a SONY/ATV TREE PUBLISHING; SONY/ATV SONGS LLC; HOUSE OF GAGA PUBLISHING LLC.; REDONE PRODUCTIONS LLC d/b/a SONGS OF REDONE,

v.

UNRULY BREWING COMPANY, LLC, d/b/a UNRULY BREWING CO, and JEFFERY JACOBSON

Case No. 1:24-cv-683
Hon.

TO: Jeffery Jacboson
ADDRESS: 360 W. Western Avenue
Muskegon, MI 49440

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

   399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
   P.O. Box 698, 330 Federal Building, Marquette, MI 49855
   107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
   113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS

HOWARD & HOWARD ATTORNEYS PLLC
Patrick M. McCarthy (P49100)
450 West Fourth Street
Royal Oak, MI 48067-2557

CLERK OF COURT

By: Deputy Clerk       Date: July 01, 2024

## PROOF OF SERVICE

This summons for __Jeffery Jacboson__ (name of individual and title, if any) was received by me on _____ (date).

☐ I personally served the summons on the individual at _____ (place where served) on _____ (date).

☐ I left the summons at the individual's residence or usual place of abode with _____ (name), a person of suitable age and discretion who resides there, on _____ (date), and mailed a copy to the individual's last known address.

☐ I served the summons on _____ (name of individual), who is designated by law to accept service of process on behalf of _____ (name of organization) on _____ (date).

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

Server's signature

Server's printed name and title

Additional information regarding attempted service, etc.:

Server's address